**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>UNITY FABRICATION, LLC,[1]<br><br>     Debtor. | Case No. 26-33074<br><br>Chapter 11 |

### DECLARATION OF THACH NGUYEN IN SUPPORT OF FIRST DAY MOTIONS

I, Thach Nguyen, do hereby state under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Thach nguyen. I am the President, sole controlling shareholder and 100% owner of Unity Fabrication, LLC, the debtor entity in this bankruptcy case (the "**Debtor**" or **UF**"). I am the duly authorized representative of UF, am over the age of 18, and am competent to make this Declaration in Support of First Day Motions.

2. On April 30, 2026, the Debtor filed a voluntary petition for relief under chapter 11 subchapter V of the Bankruptcy Code. I signed the petition to authorize the filing and related supporting documents.

3. UF and its approximately 19 employees work in manufacturing as a CNC Machine Shop. The company has been historically successful and was financially sound in the years prior to the bankruptcy filing.

4. The company experienced a series of recent but unfortunate events in quick succession which has resulted in the need for relief under the Bankruptcy Code. There were significant issues and/or delays in the collection of accounts receivable. A major customer was sued in October 2024. That customer stopped paying UF, and currently owes UF approximately $450,000. This has caused a strain on operating capital, which led to growing debt and an ultimate inability to service the debt.

5. Unfortunately, due to the quick succession of the events, the company was forced to take out several emergency lines of credit, including certain loans under highly unfavorable and/or predatory terms, to avoid having to fully shut down its operations and laying off its employees. However, these credit and loan agreements have now created an unsustainable cash flow issue that threatens to end UF' operations in the near future.

6. Absent the recent exigent circumstances, I believe that the company is a successful and sustainable business and the historic financials support this. I believe that temporary relief and reorganization under the protection of the Bankruptcy Code would provide the

---

[1] The last four digits of the Debtor's federal tax identification numbers are 1887.

breathing room needed for UF to stabilize its cash flow and that reorganizing through the bankruptcy process would provide a single forum for UF to negotiate with creditors and restructure its operations in an efficient and more cost-effective and fair manner.

7.   I have reviewed the requirements for placing UF into a chapter 11 subchapter V bankruptcy and believe that the company is able to propose and confirm a feasible plan of reorganization. I submit that initiating the bankruptcy to reorganize the company is in the best interest of UF and all of its stakeholders.

Signed under penalty of perjury under 28 U.S.C. § 1746 on April 30, 2026.

*/s/Thach Nguyen*
Thach Nguyen, CEO and
Debtor's Representative